164 A.3d 399

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. WILLIAM J. DICKINSON (A/K/A WILLIAM DICKENSON, WILLIAM E. JARRETT, WILLIAM E. JARRETT, III, AND WILLIAM JARETT), DEFENDANT–RESPONDENT.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002598–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division to reconsider in light of *State v. Joe*, 228 *N.J.* 125, 155 *A.*3d 563 (2017). Jurisdiction is not retained.